FEBRUARY 1, 1950

No. 7791.— ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ —*Keer, Maurer Company* v. *United States*. Entered at Philadelphia, Pa. Reap. Dec. 7764. Motion by plaintiff.